MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | 12/18/17 |
| Judge: | James S. Gwin |
| Case No.: | 1:17CV02122 |
| Court Reporter: | None |

MARY STEWART,

    Plaintiff,

vs.

CITY OF EUCLID, ET AL,

    Defendants.

MATTERS CONSIDERED: Case management conference held.

TOTAL TIME: 46 min.

                                                    *s/    Melanie Dresch*
                                                    Courtroom Deputy Clerk