UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------------

|  |  |
|---|---|
| MARY STEWART, | : |
| *as Administrator of the Estate of* | : Case No. 1:17-cv-2122 |
| LUKE O. STEWART, SR., *Deceased* | : |
| Plaintiff, | : |
|  | : |
| vs. | : ORDER & JUDGMENT |
|  | : [Resolving Doc. 1] |
| CITY OF EUCLID, *et al.*, | : |
|  | : |
| Defendants. | : |
|  | : |

-------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has issued its Opinion and Order in this matter.  For the reasons stated in that opinion, the Court **GRANTS** the Defendants' motion for summary judgment and **DISMISSES** Plaintiff's complaint **WITH PREJUDICE**.

Accordingly, this action is **TERMINATED** under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.


Dated: July 13, 2018                    *s/        James S. Gwin*
                                        JAMES S. GWIN
                                        UNITED STATES DISTRICT JUDGE