# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ESTATE OF LUKE O. STEWART, SR.** Deceased, by MARY STEWART, Administrator,<br><br>        Plaintiff,<br>vs.<br><br>**CITY OF EUCLID, et al.,**<br><br>        Defendants. | CASE NO.: 1:17-CV-02122<br><br>**JUDGE JAMES S. GWIN**<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Mary Stewart, Administrator of the Estate of Luke O. Stewart, Sr., in the above-captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment [Dkt. 40] entered in this action on July 13, 2018, which includes all non-final orders and rulings, including but not limited to the June 18, 2018 Marginal Entry Order [Dkt. 35] and the July 13. 2018 Opinion and Order [Dkt. 39].

Respectfully submitted,

FRIEDMAN & GILBERT

*/s/ Sarah Gelsomino*
SARAH GELSOMINO (0084340)
JACQUELINE GREENE (0092733)
TERRY H. GILBERT (0021948)
55 Public Square, Suite 1055
Cleveland, OH 44113-1901
Telephone:     (216) 241-1430
Facsimile:      (216) 621-0427
E-Mail:          sgelsomino@f-glaw.com
                     jgreene@f-glaw.com
                     tgilbert@f-glaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Sarah Gelsomino*
SARAH GELSOMINO
*One of the Attorneys for Plaintiff*
