# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 15, 2021

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Jan 19, 2021
DEBORAH S. HUNT, Clerk

Re: Mary Stewart, as Administrator of the Estate of Luke O. Stewart,
Sr., Deceased
v. City of Euclid, Ohio, et al.
No. 20-951
(Your No. 18-3767)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 11, 2021 and placed on the docket January 15, 2021 as No. 20-951.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst